**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Oscar Francisco MACIAS–OVALLE,
Defendant–Appellant.**

**No. 10–30228.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted May 4, 2011.

Filed May 12, 2011.

Scott Kerin, Amy Potter, Jane Hawkins Shoemaker, Kelly A. Zusman, Office of the

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Kendra M. Matthews, Ransom & Blackmon, LLP, Portland, OR, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, BEA and IKUTA, Circuit Judges.

### MEMORANDUM*

Each of the government's affidavits contained the full and complete statement required by 18 U.S.C. § 2518(1)(c). Each affidavit properly incorporated previous affidavits, *see United States v. Garcia–Villalba,* 585 F.3d 1223, 1232 (9th Cir.2009), and provided case-specific explanations for the use, limitations and rejection of various traditional surveillance tactics in the investigation of specific individuals, *see id.* at 1229–30. The district court didn't abuse its discretion in finding that the wiretaps were necessary. *See United States v. Rivera,* 527 F.3d 891, 898 (9th Cir.2008). Nor has Macias–Ovalle made the substantial showing necessary to justify an evidentiary hearing under *Franks v. Delaware,* 438 U.S. 154, 98 S.Ct. 2674, 57 L.Ed.2d 667 (1978). *See id.* at 155–56, 171, 98 S.Ct. 2674.

### AFFIRMED.

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.